UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JOHN LANDERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

3:08-cv-00592-LRH-RAM

O R D E R

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#20[1]) entered on May 3, 2010, recommending denying Plaintiff's Motion for Reversal of the Commissioner's Decision (#18) filed on June 18, 2009. Defendant Commissioner opposed the motion (#19) on July 20, 2009. There was no reply.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#20) entered on May 3, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#20) entered on May 3, 2010, is adopted and accepted, and Plaintiff's Motion for Reversal of the

---

[1] Refers to court's docket number.

Commissioner's Decision (#18) is DENIED.  The decision of the Administrative Law Judge is AFFIRMED.

IT IS SO ORDERED.

DATED this 27th day of May, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2