AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JOHN LANDERS,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:08-cv-00592-LRH-RAM**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Docket No. 20) entered on May 3, 2010, is adopted and accepted, and Plaintiff's Motion for Reversal of the Commissioner's Decision (Docket No. 18) is DENIED. The decision of the Administrative Law Judge is AFFIRMED.


  June 2, 2010                                      **LANCE S. WILSON**
                                                                          Clerk


                                                             /s/ Katie Lynn Ogden
                                                                    Deputy Clerk